# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Revere

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant X
- Magistrate Judge Case Number 23-mj-5480-JGD
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Abdelouahab ADEL    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** (City & State) Cambridge, MA

**Birth date (Yr only):** 1999   **SSN (last4#):** 2693   **Sex** Male   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Michael Crowley    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date** 09/20/2023

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Nashua Street Jail   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/2023    **Signature of AUSA:** /s/Michael Crowley

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Abdelouahab ADEL

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a controlled substance | 1 |
| Set 2 | 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime | 2 |
| Set 3 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____