CASE 1:23-MJ-05480

    I am writing to inform the Court that I will be exercising my right to represent myself and no longer need Counsel. No one will speak for me at all any longer as of today.

    Written by my hand on this 21st day of MARCH 2025. *Abdelouahab Adel*

NON NEGOTIABLE AUTOGRAPH Abdelouahab Adel a living witness inhabiting in the Land Jurisdiction of the Continental United States of America.

WITHOUT PREJUDICE

CASE 1:23-mj-05480

Abdelouahab Adel
950 HIGH St
CENTRAL FALLS, RI 02863



PROVIDENCE RI  028

26 MAR 2025 PM 4  L

US courthouse 1 Courthouse Way,
Suite 2500
Boston, MA 02210

02210-300102